UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CV01165 ERW |
| SCHWIDDE TUCKPOINTING, LLC, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Order for Reassignment of Case to District Judge and Recommended Consent Judgment by Magistrate Judge David D. Noce, III [ECF No. 6], pursuant to 28 U.S.C. § 636.

The Court notes no objections were filed to the Memorandum and Order within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Order, and hereby sustains, adopts, and incorporates herein the Magistrate's Order in its entirety. The Magistrate's decision recommending the Court adopt the terms of the parties' joint stipulation for judgment [ECF No. 5] is affirmed. The Court will issue the Consent Judgment attached to the Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Stipulation for Entry of Consent Judgment [ECF No. 5] is **GRANTED**.

Dated this 6th Day of October, 2015.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE